AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC - 2 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. SA-07-CR-121-OG (1) |
| GREGORY RICHARDS | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GREGORY RICHARDS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

PB-12C VIOLATIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

RECEIVED
USMS W/TX (80)
NOV 2 2 2010
WARRANTS
SAN ANTONIO

Date: 11/22/2010                                             _____
                                                              *Issuing officer's signature*

City and state:   San Antonio, Texas                         Wayne Garcia, U.S. Deputy Clerk
                                                              *Printed name and title*

---

### Return

This warrant was received on *(date)* 11/22/2010, and the person was arrested on *(date)* 11/30/2010
at *(city and state)*   San Antonio, TX

Date: 12/1/2010                                              _____
                                                              *Arresting officer's signature*

                                                              Eric G. De Los Santos     DUSM
                                                              *Printed name and title*